IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 04-CV-02231-ZLW-MJW

BEVERLY CHAVEZ,

Plaintiff(s),

v.

JOHN E. POTTER,. et al.,

Defendant(s).

MINUTE ORDER

      It is hereby ORDERED that the Plaintiff's Unopposed Motion to Amend the Scheduling Order (docket no. 14-1) is GRANTED finding good cause shown.  The deadline to complete discovery is extended to December 8, 2005.  The deadline to propound all written discovery is extended to September 30, 2005.  The deadline to file dispositive motions is extended to January 6, 2006.  The Final Pretrial Conference set on December 8, 2005, at 9:30 a.m. is VACATED and reset on March 10, 2006 at 9:30 a.m.  The parties shall submit to Magistrate Judge Watanabe their proposed Final Pretrial Order five (5) days before the Final Pretrial Conference consistent with the e-filing requirements of this court.

Date: June 30, 2005