IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02231-ZLW-MJW

BEVERLY CHAVEZ,

    Plaintiff,

v.

JOHN E. POTTER, Postmaster General, *et al.*,

    Defendants.

---

**ORDER**
( Docket no. 22 )

---

Upon review of the Joint Motion to Vacate January 19th Settlement Conference, filed by defendants on January 12, 2006, it is thus hereby:

**ORDERED** that the Joint Motion to Vacate January 19th Settlement Conference is **GRANTED**.

Dated: this 17th day of January, 2006.

Michel J. Watanabe
United States Magistrate Judge