IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02231 – ZLW - MJW

BEVERLY CHAVEZ,

Plaintiff,

v.

JOHN E. POTTER, Postmaster General, in his official capacity;
UNITED STATES POSTAL SERVICE;
THE UNITED STATES OF AMERICA.

Defendants.

---

## ORDER GRANTING JOINT MOTION TO VACATE AND RESCHEDULE PRETRIAL CONFERENCE
( Docket No. 27 )

The Court, having reviewed the Parties' joint motion to vacate and reschedule the pretrial conference, and being fully advised of its premises, hereby GRANTS the motion and orders that the pretrial conference scheduled for March 10, 2006, at 9:30 a.m. is vacated, and rescheduled for April 20, 2006, at 9:30 a.m. The Parties shall submit a Final Pretrial Order five days prior to the pretrial conference.

SO ORDERED this 1st day of March, 2006.

BY THE COURT:

_____
United States Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE